**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-7444**

---

JUAN P. MCLENDON,

                                    Petitioner - Appellant,

        versus

LISA    HOLLINGSWORTH,    Warden,    Federal
Corrections Institution, Cumberland, Maryland,

                                    Respondent - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Andre   M.   Davis,   District  Judge.
(1:06-cv-01827-AMD)

---

Submitted:  January 18, 2007    Decided:  January 23, 2007

---

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Juan P. McLendon, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan P. McLendon, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McLendon v. Hollingsworth, No. 1:06-cv-01827-AMD (D. Md. July 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED